IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LONNIE L. PERRY,<br><br>              Defendant. | 8:20CR200<br><br>**ORDER** |

      On March 16, 2022 the court held a hearing on James R. Kozel's Motion for Leave to Withdraw (Filing No. 75). James R. Kozel represents that there may be a conflict of interest in the appeal process. After inquiry of the Defendant and his counsel, the court granted James R. Kozel's Motion for Leave to Withdraw (Filing No. 75).

      Matthew M. Munderloh, 9900 Nicholas Street, Suite 225, Omaha, NE 68114, (402) 346-8856, is appointed to represent Lonnie L. Perry for the balance of these proceedings pursuant to the Criminal Justice Act. James R. Kozel shall forthwith provide Matthew M. Munderloh any discovery materials provided to the defendant by the government and any such other materials obtained by James R. Kozel which are material to Lonnie L. Perry's defense.

      Defendant shall remain at Douglas County Corrections for at least the next 14 days so he can meet with his newly appointed attorney.

      The clerk shall provide a copy of this order to Matthew M. Munderloh.

      **IT IS SO ORDERED.**

      Dated this 16th day of March, 2022.

                                                                            BY THE COURT:

                                                                            s/ Susan M. Bazis
                                                                            United States Magistrate Judge