IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR200 |
| v. | |
| LONNIE L. PERRY, | JUDGMENT |
| Defendant. | |

In accordance with the Memorandum and Order entered today (Filing No. 136), defendant Lonnie L. Perry's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 112) is denied. No certificate of appealability will issue.

Dated this 25th day of March 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge